UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7482
(0:19-cv-01759-DCC)
_____

LARRY MICHAEL SLUSSER

    Petitioner - Appellant

v.

WARDEN SEAN JANSON

    Respondent - Appellee

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Patricia S. Connor, Clerk